0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

### STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-51326 JHW

Debtor: Steve & Jamie Hueber

| Check Number | Creditor | Amount |
|---|---|---|
| 1709047 | Steve & Jamie Hueber | 9.06 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 21, 2010